**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-6609**

---

ROOSEVELT TAYLOR, JR.,

Plaintiff - Appellant,

versus

D. A. ROBINSON, Warden; D. M. VAUGHAN,
Major-Security; RACHEL DOVE, Food Service
Director; A. C. DOWNS, Sargent-Security; JO
TRENT, Sargent-Security; H. HITE, R.N.,
Medical Department,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (CA-02-510-3)

---

Submitted:  August 28, 2003      Decided:  September 4, 2003

---

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Roosevelt Taylor, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Roosevelt Taylor, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  See Taylor v. Robinson, No. CA-02-510-3 (E.D. Va. Apr. 4, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2